**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

**SOUTHERN DISTRICT OF IOWA**

Case number (if known): _____

Chapter you are filing under:

- ☒ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

04/20

The bankruptcy forms use you and Debtor 1 to refer to a debtor filing alone. A married couple may file a bankruptcy case together--called a joint case--and in joint cases, these forms use you to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses Debtor 1 and Debtor 2 to distinguish between them. In joint cases, one of the spouses must report information as Debtor 1 and the other as Debtor 2. The same person must be Debtor 1 in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Identify Yourself

|  |  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|
| 1. | **Your full name** | | |
| | Write the name that is on your government-issued picture identification (for example, your driver's license or passport). | **Kenneth**<br>First Name | **Christine**<br>First Name |
| | | **A**<br>Middle Name | **M**<br>Middle Name |
| | Bring your picture identification to your meeting with the trustee. | **Anderson**<br>Last Name | **Anderson**<br>Last Name |
| | | _____<br>Suffix (Sr., Jr., II, III) | _____<br>Suffix (Sr., Jr., II, III) |
| 2. | **All other names you have used in the last 8 years** | <br>First Name | <br>First Name |
| | | <br>Middle Name | <br>Middle Name |
| | Include your married or maiden names. | <br>Last Name | <br>Last Name |
| 3. | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx – xx – 4 0 7 7<br>OR<br>9xx – xx – ____ ____ ____ ____ | xxx – xx – 7 8 3 0<br>OR<br>9xx – xx – ____ ____ ____ ____ |

| Debtor 1 | **Kenneth A Anderson** |
|---|---|
| Debtor 2 | **Christine M Anderson** |

Case number (if known) _____

|  |  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|---|

**4.** **Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**

Include trade names and doing business as names

☑ I have not used any business names or EINs.

Business name _____

Business name _____

Business name _____

EIN __ __ – __ __ __ __ __ __ __

EIN __ __ – __ __ __ __ __ __ __

☑ I have not used any business names or EINs.

Business name _____

Business name _____

Business name _____

EIN __ __ – __ __ __ __ __ __ __

EIN __ __ – __ __ __ __ __ __ __

**5.** **Where you live**

**2266 QM Ave**
Number    Street

_____

_____

**Madrid**            **IA**    **50156**
City            State    ZIP Code

**Boone**
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

Number    Street _____

P.O. Box _____

City            State    ZIP Code

If Debtor 2 lives at a different address:

_____
Number    Street

_____

_____

_____
City            State    ZIP Code

_____
County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to you at this mailing address.

Number    Street _____

P.O. Box _____

City            State    ZIP Code

**6.** **Why you are choosing this district to file for bankruptcy**

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

## Part 2:    Tell the Court About Your Bankruptcy Case

**7.** **The chapter of the Bankruptcy Code you are choosing to file under**

*Check one:* (For a brief description of each, see Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).  Also, go to the top of page 1 and check the appropriate box.

☑ Chapter 7

☐ Chapter 11

☐ Chapter 12

☐ Chapter 13

Debtor 1   **Kenneth A Anderson**

Debtor 2   **Christine M Anderson** _____   Case number (if known) _____

| | | |
|---|---|---|
| **8.** | **How you will pay the fee** | ☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address. |
| | | ☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the Application for Individuals to Pay The Filing Fee in Installments (Official Form 103A). |
| | | ☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the Application to Have the Chapter 7 Filing Fee Waived (Official Form 103B) and file it with your petition. |

**9. Have you filed for bankruptcy within the last 8 years?**

☑ No

☐ Yes.

District _____   When _____   Case number _____
                                                       MM / DD / YYYY

District _____   When _____   Case number _____
                                                       MM / DD / YYYY

District _____   When _____   Case number _____
                                                       MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☑ No

☐ Yes.

Debtor _____   Relationship to you _____

District _____   When _____   Case number, _____
                                                       MM / DD / YYYY        if known

Debtor _____   Relationship to you _____

District _____   When _____   Case number, _____
                                                       MM / DD / YYYY        if known

**11. Do you rent your residence?**

☑ No.   Go to line 12.

☐ Yes.   Has your landlord obtained an eviction judgment against you?

   ☐ No.  Go to line 12.

   ☐ Yes.  Fill out Initial Statement About an Eviction Judgment Against You (Form 101A) and file it as part of this bankruptcy petition.

Debtor 1    **Kenneth A Anderson**
Debtor 2    **Christine M Anderson**                                    Case number (if known) _____

| Part 3: | Report About Any Businesses You Own as a Sole Proprietor |
|---|---|

**12.** **Are you a sole proprietor of any full- or part-time business?**

☑ No.  Go to Part 4.
☐ Yes. Name and location of business

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

_____
Name of business, if any

_____
Number     Street

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

_____
City                                State      ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ None of the above

**13.** **Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor* or a debtor as defined by 11 U.S.C. § 1182(1)?**

For a definition of small business debtor, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor or a debtor choosing to proceed under Subchapter V so that it can set appropriate deadlines.  If you indicate that you are a small business debtor or you are choosing to proceed under Subchapter V, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

☑ No.   I am not filing under Chapter 11.

☐ No.   I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.  I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes.  I am filing under Chapter 11, I am a debtor according to the definition in § 1182(1) of the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

| Part 4: | Report If You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention |
|---|---|

**14.** **Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety?  Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No
☐ Yes.  What is the hazard?

If immediate attention is needed, why is it needed?

Where is the property?
_____
Number     Street

_____

_____
City                                State      ZIP Code

Debtor 1    **Kenneth A Anderson**
Debtor 2    **Christine M Anderson**                                    Case number (if known) _____

| **Part 5:** | **Explain Your Efforts to Receive a Briefing About Credit Counseling** |

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**
*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**
*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

| Debtor 1 | **Kenneth A Anderson** | | |
|---|---|---|---|
| Debtor 2 | **Christine M Anderson** | Case number (if known) | |

### Part 6:   Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☑ No. Go to line 16b.
☐ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.
☑ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer or business debts.

_____

**17. Are you filing under Chapter 7?**

☐ No. I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☑ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☑ No
☐ Yes

**18. How many creditors do you estimate that you owe?**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**19. How much do you estimate your assets to be worth?**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☑ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☑ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

Debtor 1   **Kenneth A Anderson**
Debtor 2   **Christine M Anderson** _____   Case number (if known) _____

| Part 7: | Sign Below |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11, 12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

X **/s/ Kenneth A Anderson** _____     X **/s/ Christine M Anderson** _____
  Kenneth A Anderson, Debtor 1                       Christine M Anderson, Debtor 2

Executed on **02/21/2021** _____                  Executed on **02/21/2021** _____
          MM / DD / YYYY                                        MM / DD / YYYY

Debtor 1    **Kenneth A Anderson**

Debtor 2    **Christine M Anderson** _____    Case number (if known) _____

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

X  **/s/ Judd N. Kruse** _____    Date  **02/21/2021** _____
    Signature of Attorney for Debtor                              MM / DD / YYYY

    **Judd N. Kruse** _____
    Printed name

    **Kruse & Dakin, L.L.P.** _____
    Firm Name

    **712 Arden Street** _____
    Number          Street

    _____

    _____

    **Boone** _____    **IA**    **50036** _____
    City                                    State    ZIP Code

    Contact phone  **(515) 432-6618** _____    Email address **jkruse@krusedakinlaw.com** _____

    **IS9998963** _____    _____
    Bar number                              State

**Fill in this information to identify your case and this filing:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Kenneth** | **A** | **Anderson** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Christine** | **M** | **Anderson** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF IOWA**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 106A/B

## Schedule A/B: Property

12/15

In each category, separately list and describe items.  List an asset only once.  If an asset fits in more than one category, list
the asset in the category where you think it fits best.  Be as complete and accurate as possible.  If two married people are
filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate
sheet to this form.  On the top of any additional pages, write your name and case number (if known).  Answer every question.

**Part 1:      Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1.    **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☐ No.  Go to Part 2.
   ☑ Yes.  Where is the property?

1.1.

**2266 QM Ave.**
Street address, if available, or other description

_____

**Madrid            IA      50156**
City                State    ZIP Code

**Boone**
County

**Homestead at 2266 QM Ave., Madrid,
IA 50156
Legally described as Parcel A
including Lot 1 in S 1/2 NE1/4 SE 1/4 of
26-82-26, Boone County, Iowa.**

**What is the property?**
Check all that apply.

☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?**
Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local
property identification number:    **088226264200005-6**

Do not deduct secured claims or exemptions.  Put the
amount of any secured claims on *Schedule D:
Creditors Who Have Claims Secured by Property.*

**Current value of the
entire property?**                  **Current value of the
portion you own?**

            **$395,233.00**                        **$395,233.00**

**Describe the nature of your ownership
interest (such as fee simple, tenancy by the
entireties, or a life estate), if known.**

**Fee Simple**

☐ **Check if this is community property**
   (see instructions)

Debtor 1   **Kenneth A Anderson**

Debtor 2   **Christine M Anderson**

Case number (if known) _____

| 1.2. | What is the property? Check all that apply. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|

**411 Annex Rd.**

Street address, if available, or other description

| | |
|---|---|
| ☐ Single-family home | |
| ☐ Duplex or multi-unit building | |
| ☐ Condominium or cooperative | |

| **Current value of the entire property?** | **Current value of the portion you own?** |
|---|---|

| ☐ Manufactured or mobile home | **$202,000.00** | **$202,000.00** |

**Madrid**      IA     **50156**

City            State   ZIP Code

☐ Land

☐ Investment property

☐ Timeshare

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Boone**

County

☑ Other   **Commercial Building**

**Fee Simple**

**Pharmacy Building
Property owned by C. C. Anderson Group, LLC, which is solely owned by Co-Debtor Christine Anderson.**

**Who has an interest in the property?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

**Other information you wish to add about this item, such as local property identification number:**   08822530338664

2.   Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here......................➔   | **$597,233.00** |

## Part 2:   Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3.   **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No

☑ Yes

| 3.1. | | **Who has an interest in the property?** Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|
| Make: | **Mustang** | ☐ Debtor 1 only | |
| Model: | **GT500** | ☐ Debtor 2 only | |
| Year: | **2013** | ☑ Debtor 1 and Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| Approximate mileage: | **15,000** | ☐ At least one of the debtors and another | **$35,000.00**       **$35,000.00** |

Other information:

**2013 Mustang GT500 (approx. 15,000 miles)**

☐ **Check if this is community property** (see instructions)

**Title held by Suntrust.**

| 3.2. | | **Who has an interest in the property?** Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|
| Make: | **Jeep** | ☐ Debtor 1 only | |
| Model: | **Wrangler** | ☐ Debtor 2 only | |
| Year: | **2015** | ☑ Debtor 1 and Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| Approximate mileage: | **67,000** | ☐ At least one of the debtors and another | **$21,000.00**       **$21,000.00** |

Other information:

**2015 Jeep Wrangler (approx. 67,000 miles)**

☐ **Check if this is community property** (see instructions)

**Title held by BMO Harris.**

Debtor 1   **Kenneth A Anderson**
Debtor 2   **Christine M Anderson**

Case number (if known) _____

---

**3.3.**

| | |
|---|---|
| Make: | **Ford** |
| Model: | **Taurus** |
| Year: | **2010** |
| Approximate mileage: | **120,000** |

Other information:
**2010 Ford Taurus (approx. 120,000 miles)**

**Title is held by Earlham Savings Bank as security for business loans.**

**Who has an interest in the property?**
Check one.

- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$3,500.00** | **$3,500.00** |

---

**3.4.**

| | |
|---|---|
| Make: | **Ford** |
| Model: | **F-250** |
| Year: | **2008** |
| Approximate mileage: | **110,000** |

Other information:
**2008 Ford F-250 (approx. 110,000 miles)**

**Title is held by Earlham Savings Bank as security for business loans.**

**Who has an interest in the property?**
Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$7,000.00** | **$7,000.00** |

---

**3.5.**

| | |
|---|---|
| Make: | **Ford** |
| Model: | **Mustang** |
| Year: | **1999** |
| Approximate mileage: | **70,000** |

Other information:
**1999 Ford Mustang (approx. 70,000 miles)**

**Who has an interest in the property?**
Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$2,700.00** | **$2,700.00** |

---

**3.6.**

| | |
|---|---|
| Make: | **Ford** |
| Model: | **Mustang** |
| Year: | **1969** |
| Approximate mileage: | _____ |

Other information:
**1969 Ford Mustang body shell**

**Title is held by Earlham Savings Bank as security for business loans.**

**Who has an interest in the property?**
Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$500.00** | **$500.00** |

---

**3.7.**

| | |
|---|---|
| Make: | **Honda** |
| Model: | **Trail 70 Minibike** |
| Year: | **1970** |
| Approximate mileage: | _____ |

Other information:
**1970 Honda Trail 70 Minibike**

**Who has an interest in the property?**
Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$500.00** | **$500.00** |

---

Debtor 1    **Kenneth A Anderson**

Debtor 2    **Christine M Anderson**                                                    Case number (if known) _____

4.  **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
    *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

    ☑ No
    ☐ Yes

5.  Add the dollar value of the portion you own for all of your entries from Part 2, including any
    entries for pages you have attached for Part 2.  Write that number here........................................➔  | **$70,200.00** |

| **Part 3:** | **Describe Your Personal and Household Items** |

**Do you own or have any legal or equitable interest in any of the following items?**

Current value of the
portion you own?
Do not deduct secured
claims or exemptions.

6.  **Household goods and furnishings**
    *Examples:* Major appliances, furniture, linens, china, kitchenware

    ☐ No
    ☑ Yes. Describe.....  | **Kitchen furniture/appliances $200**                                | $2,200.00
                          | **Livingroom furniture $500**
                          | **Dining room furniture $200**
                          | **Bedroom furniture $600**
                          | **Rec Room $500**
                          | **Patio $200**

7.  **Electronics**
    *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners;
    music collections; electronic devices including cell phones, cameras, media players, games

    ☐ No
    ☑ Yes. Describe.....  | **Televisions $500**                                                | $700.00
                          | **Game Equipment $200**

8.  **Collectibles of value**
    *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects;
    stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

    ☑ No
    ☐ Yes. Describe.....

9.  **Equipment for sports and hobbies**
    *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis;
    canoes and kayaks; carpentry tools; musical instruments

    ☑ No
    ☐ Yes. Describe.....

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

    ☐ No
    ☑ Yes. Describe.....  | **Handguns:**                                                        | $700.00
                          | **CZ P07 $400**
                          | **Ruger LCP $300**

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

    ☑ No
    ☐ Yes. Describe.....

| Debtor 1 | **Kenneth A Anderson** |
|---|---|
| Debtor 2 | **Christine M Anderson** |

Case number (if known) _____

**12. Jewelry**

*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☐ No

☑ Yes. Describe.....

| **Jewelry** | **$500.00** |
|---|---|

**13. Non-farm animals**

*Examples:* Dogs, cats, birds, horses

☐ No

☑ Yes.  Describe.....

| **Doberman 5 years old with hip issues.** | **Unknown** |
|---|---|
| **Doberman 4½ years old.** | |
| **Neither dog is registered.** | |

**14. Any other personal and household items you did not already list, including any health aids you did not list**

☑ No

☐ Yes.  Give specific
  information.............

**15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write the number here**.................................................................. ➜ | **$4,100.00** |
|---|

| **Part 4:** | **Describe Your Financial Assets** |
|---|---|

**Do you own or have any legal or equitable interest in any of the following?**

Current value of the portion you own?
Do not deduct secured claims or exemptions.

**16. Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☑ No

☐ Yes.......................................................................... Cash: ..........................  _____

**17. Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions.  If you have multiple accounts with the same institution, list each.

☐ No

☑ Yes...........................          Institution name:

17.1.    Checking account:    **Checking account xx6852**
                               **City State Bank**
                               **PO Box 159**
                               **Norwalk, IA 50211**                                                    **$8.14**

17.2.    Checking account:    **Checking account xx5925**
                               **City State Bank**
                               **PO Box 159**
                               **Norwalk, IA 50211**

                               **Child's bank account. All deposits are from child's employment
                               at Fareway.**
                               **Debtor is on the account.**                                           **$1,141.34**

Debtor 1   **Kenneth A Anderson**
Debtor 2   **Christine M Anderson** _____   Case number (if known) _____

| | | |
|---|---|---|
| 17.3. | Checking account: | **Checking account xx2617**<br>**Earlham Savings Bank**<br>**130 N Chestnut Ave.**<br>**Earlham, IA 50072**<br><br>**Account is held by CC Anderson PC DBA Medicap Pharmacy.**<br>**Christine Anderson is sole shareholder.**<br><br>**Account is pledge as security for loans from Earlham Savings**<br>**Bank.** | $10,171.29 |

**18. Bonds, mutual funds, or publicly traded stocks**
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☑ No
☐ Yes............................   Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including**
**an interest in an LLC, partnership, and joint venture**

☑ No
☐ Yes.  Give specific
information about
them..........................  Name of entity:                          % of ownership:

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No
☐ Yes.  Give specific
information about
them..........................  Issuer name:

**21. Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or
profit-sharing plans

☐ No
☑ Yes. List each
account separately.   Type of account:      Institution name:

401(k) or similar plan:  **Slavik 401K** _____   $264,000.00

**22. Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications
companies, or others

☑ No
☐ Yes............................   Institution name or individual:

**23. Annuities**  (A contract for a specific periodic payment of money to you, either for life or for a number of years)

☑ No
☐ Yes............................   Issuer name and description:

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No
☐ Yes............................   Institution name and description.  Separately file the records of any interests.  11 U.S.C. § 521(c)

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or**
**powers exercisable for your benefit**

☑ No
☐ Yes.  Give specific
information about them

Debtor 1    **Kenneth A Anderson**

Debtor 2    **Christine M Anderson**                                        Case number (if known) _____

---

**26.** **Patents, copyrights, trademarks, trade secrets, and other intellectual property;**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No

☐ Yes. Give specific
information about them    [                                                    ]    _____

**27.** **Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☐ No

☑ Yes. Give specific    **Medicap Franchise**                                            **Unknown**
information about them    **Co-Debtor is the sole owner of CC Anderson, PC, which owns the
Medicap franchise for which the business pays $499 per month.**

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

**28.** **Tax refunds owed to you**

☑ No

☐ Yes. Give specific information
about them, including whether
you already filed the returns
and the tax years.....................

Federal: _____

State: _____

Local: _____

**29.** **Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No

☐ Yes. Give specific information

Alimony: _____

Maintenance: _____

Support: _____

Divorce settlement: _____

Property settlement: _____

**30.** **Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers'
compensation, Social Security benefits; unpaid loans you made to someone else

☐ No

☑ Yes. Give specific information    **Accrued Wages**                                    **$1,000.00**

**31.** **Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☐ No

☑ Yes. Name the insurance
company of each policy
and list its value................    Company name:         Beneficiary:         Surrender or refund value:

**Rx Life Insurance Company**

**January 2019 NCV $489.61**

**Increase in NCV = $543.39**         **Kenneth Anderson, Spouse**         **$1,033.00**

---

Debtor 1   **Kenneth A Anderson**
Debtor 2   **Christine M Anderson** _____   Case number (if known) _____

**New York Life xx6860**

**January 2019 NCV $2,432.80**

| **Increase in NCV = $432.28** | **Christine Anderson, Spouse** | **$2,865.08** |

**New York Life xx2504**

**January 2019 NCV $1,491.37**

| **Increase in NCV = $261.53** | **Christine Anderson, Spouse** | **$1,752.90** |

**New York Life xx8271**

**January 2019 NCV $1,697.42**

| **Increase in NCV = $254.84** | **Christine Anderson, Spouse** | **$1,952.26** |

**New York Life xx4116**

**January 2019 NCV $1,470.78**

| **Increase in NCV = $199.42** | **Christine Anderson, Spouse** | **$1,670.20** |

**New York Life xx2198**

**January 2019 NCV $5,487.98**

| **Increase in NCV = $1,037.90** | **Christine Anderson** | **$6,525.88** |

**New York Life xx6073**

**January 2019 NCV $5,212.59**

| **Increase in NCV = $1,274.77** | **Christine Anderson** | **$6,487.36** |

**New York Life xx8570**
**Child Policy**

**January 2019 NCV $2,972.10**

| **Increase in NCV = $493.68** | **Kenneth & Christine Anderson** | **$3,465.78** |

**New York Life xx3001**
**Child Policy**

**January 2019 NCV $2,109.09**

| **Increase in NCV = $406.73** | **Kenneth & Christine Anderson** | **$2,515.82** |

**32. Any interest in property that is due you from someone who has died**

If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died

☑ No
☐ Yes.  Give specific information

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☑ No
☐ Yes.  Describe each claim........

Debtor 1    **Kenneth A Anderson**
Debtor 2    **Christine M Anderson**                                    Case number (if known) _____

34.  **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☑ No
☐ Yes.  Describe each claim........

35.  **Any financial assets you did not already list**

☑ No
☐ Yes.  Give specific information

36.  **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**.................................................................➔  **$304,589.05**

**Part 5:    Describe Any Business-Related Property You Own or Have an Interest In.  List any real estate in Part 1.**

37.  **Do you own or have any legal or equitable interest in any business-related property?**

☐ No.  Go to Part 6.
☑ Yes.  Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

38.  **Accounts receivable or commissions you already earned**

☑ No
☐ Yes.  Describe..

39.  **Office equipment, furnishings, and supplies**
      *Examples:*  Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☑ No
☐ Yes.  Describe..

40.  **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☐ No
☑ Yes.  Describe..    **Tools / Lawnmower**                                    **$9,090.00**

41.  **Inventory**

☑ No
☐ Yes.  Describe..

42.  **Interests in partnerships or joint ventures**

☑ No
☐ Yes.  Describe.....  Name of entity:                                    % of ownership:

43.  **Customer lists, mailing lists, or other compilations**

☑ No
☐ Yes.  **Do your lists include personally identifiable information**  (as defined in 11 U.S.C. § 101(41A))?

      ☐ No
      ☐ Yes.  Describe....

Debtor 1    **Kenneth A Anderson**
Debtor 2    **Christine M Anderson** _____    Case number (if known) _____

44. **Any business-related property you did not already list**

☐ No
☒ Yes.  Give specific information.

|  |  |
|---|---|
| **Christine Anderson is the single-member owner of C.C. Anderson Group, LLC, which owns the Medicap Pharmacy building that is leased to C.C. Anderson, P.C., which is the operates the Medicap Pharmacy in Madrid, Iowa.** | **Unknown** |
| **Christine Anderson is the single shareholder in C.C. Anderson, PC, which operates the Medicap Pharmacy in Madrid Iowa.** | **Unknown** |

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5.  Write that number here**................................................................................... ➔ | **$9,090.00** |

**Part 6:**  **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☒ No.  Go to Part 7.
☐ Yes.  Go to line 47.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

47. **Farm animals**
*Examples:* Livestock, poultry, farm-raised fish

☒ No
☐ Yes.... | _____

48. **Crops--either growing or harvested**

☒ No
☐ Yes.  Give specific information................ | _____

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☒ No
☐ Yes.... | _____

50. **Farm and fishing supplies, chemicals, and feed**

☒ No
☐ Yes.... | _____

51. **Any farm- and commercial fishing-related property you did not already list**

☒ No
☐ Yes.  Give specific information................ | _____

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6.  Write that number here**................................................................................... ➔ | **$0.00** |

Debtor 1    **Kenneth A Anderson**
Debtor 2    **Christine M Anderson**

Case number (if known) _____

---

## Part 7:    Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership

    ☑ No
    ☐ Yes.  Give specific information.

54. **Add the dollar value of all of your entries from Part 7.  Write that number here**............................... ➜ | $0.00 |

## Part 8:    List the Totals of Each Part of this Form

55. **Part 1: Total real estate, line 2**.................................................................................................... ➜  $597,233.00

56. **Part 2: Total vehicles, line 5**                     $70,200.00

57. **Part 3: Total personal and household items, line 15**          $4,100.00

58. **Part 4: Total financial assets, line 36**             $304,589.05

59. **Part 5: Total business-related property, line 45**          $9,090.00

60. **Part 6: Total farm- and fishing-related property, line 52**        $0.00

61. **Part 7: Total other property not listed, line 54**     +        $0.00

62. **Total personal property.**    Add lines 56 through 61.................. | $387,979.05 |   Copy personal property total ➜  +  $387,979.05

63. **Total of all property on Schedule A/B.**    Add line 55 + line 62.............................................................. | $985,212.05 |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Kenneth** | **A** | **Anderson** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Christine** | **M** | **Anderson** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF IOWA**

Case number
(if known)

☐ Check if this is an
   amended filing

Official Form 106C

## Schedule C: The Property You Claim as Exempt

04/19

Be as complete and accurate as possible.  If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt.  If more space is needed, fill out and attach to this page as many copies of     *Part 2: Additional Page*    as necessary.  On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim.  One way of doing so is to state a specific dollar amount as exempt.  Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit.  Some exemptions--such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds--may be unlimited in dollar amount.  However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

| Part 1: | Identify the Property You Claim as Exempt |
|---|---|

1. **Which set of exemptions are you claiming?**     *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)
   ☐ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**Homestead at 2266 QM Ave., Madrid, IA 50156**<br>**Legally described as Parcel A including Lot 1 in S 1/2 NE1/4 SE 1/4 of 26-82-26, Boone County, Iowa.**<br>**Parcel: 088226264200005-6**<br>Line from *Schedule A/B*: __1.1__ | **$395,233.00** | ☑ __$0.00__<br>☐ 100% of fair market value, up to any applicable statutory limit | **Iowa Code §§ 561.2, 561.16** |

3. **Are you claiming a homestead exemption of more than $170,350?**
   (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No
   ☐ Yes.  Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
      ☐ No
      ☐ Yes

Debtor 1    **Kenneth A Anderson**
Debtor 2    **Christine M Anderson**

Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description: **2013 Mustang GT500 (approx. 15,000 miles)** **Title held by Suntrust. (1st exemption claimed for this asset)** Line from *Schedule A/B*: __3.1__ | $35,000.00 | ☑ $7,000.00 ☐ 100% of fair market value, up to any applicable statutory limit | **Iowa Code § 627.6(9)** |
| Brief description: **2013 Mustang GT500 (approx. 15,000 miles)** **Title held by Suntrust. (2nd exemption claimed for this asset)** Line from *Schedule A/B*: __3.1__ | $35,000.00 | ☑ $2,000.00 ☐ 100% of fair market value, up to any applicable statutory limit | **Iowa Code § 627.6(14)** |
| Brief description: **2015 Jeep Wrangler (approx. 67,000 miles)** **Title held by BMO Harris.** Line from *Schedule A/B*: __3.2__ | $21,000.00 | ☑ $0.00 ☐ 100% of fair market value, up to any applicable statutory limit | **Iowa Code § 627.6(9)** |
| Brief description: **Kitchen furniture/appliances $200 Livingroom furniture $500 Dining room furniture $200 Bedroom furniture $600 Rec Room $500 Patio $200** Line from *Schedule A/B*: __6__ | $2,200.00 | ☑ $2,200.00 ☐ 100% of fair market value, up to any applicable statutory limit | **Iowa Code § 627.6(5)** |
| Brief description: **Televisions $500 Game Equipment $200** Line from *Schedule A/B*: __7__ | $700.00 | ☑ $700.00 ☐ 100% of fair market value, up to any applicable statutory limit | **Iowa Code § 627.6(5)** |
| Brief description: **Handguns: CZ P07 $400 Ruger LCP $300** Line from *Schedule A/B*: __10__ | $700.00 | ☑ $700.00 ☐ 100% of fair market value, up to any applicable statutory limit | **Iowa Code § 627.6(2)** |
| Brief description: **Jewelry** Line from *Schedule A/B*: __12__ | $500.00 | ☑ $500.00 ☐ 100% of fair market value, up to any applicable statutory limit | **Iowa Code § 627.6(1)(b)** |

Debtor 1    **Kenneth A Anderson**
Debtor 2    **Christine M Anderson**                                    Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**Checking account xx6852**<br>**City State Bank**<br>**PO Box 159**<br>**Norwalk, IA 50211**<br>Line from *Schedule A/B*: __17.1__ | **$8.14** | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Iowa Code § 627.6(14)** |
| Brief description:<br>**Slavik 401K**<br><br>Line from *Schedule A/B*: __21__ | **$264,000.00** | ☑ **$264,000.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Iowa Code § 627.6(8)(e)** |
| Brief description:<br>**Accrued Wages**<br>**(1st exemption claimed for this asset)**<br>Line from *Schedule A/B*: __30__ | **$1,000.00** | ☑ **$1,000.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Iowa Code § 627.6(10)** |
| Brief description:<br>**Accrued Wages**<br>**(2nd exemption claimed for this asset)**<br>Line from *Schedule A/B*: __30__ | **$1,000.00** | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Iowa Code § 627.6(14)** |
| Brief description:<br>**Rx Life Insurance Company**<br><br>**January 2019 NCV $489.61**<br><br>**Increase in NCV = $543.39**<br>Line from *Schedule A/B*: __31__ | **$1,033.00** | ☑ **$1,033.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Iowa Code § 627.6(6)** |
| Brief description:<br>**New York Life xx6860**<br><br>**January 2019 NCV $2,432.80**<br><br>**Increase in NCV = $432.28**<br>Line from *Schedule A/B*: __31__ | **$2,865.08** | ☑ **$2,865.08**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Iowa Code § 627.6(6)** |
| Brief description:<br>**New York Life xx2504**<br><br>**January 2019 NCV $1,491.37**<br><br>**Increase in NCV = $261.53**<br>Line from *Schedule A/B*: __31__ | **$1,752.90** | ☑ **$1,752.90**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Iowa Code § 627.6(6)** |

Debtor 1    **Kenneth A Anderson**
Debtor 2    **Christine M Anderson**                                        Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description: **New York Life xx8271** <br><br> **January 2019 NCV $1,697.42** <br><br> **Increase in NCV = $254.84** <br> Line from *Schedule A/B*:   **31** | **$1,952.26** | ☑ **$1,952.26** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Iowa Code § 627.6(6)** |
| Brief description: **New York Life xx4116** <br><br> **January 2019 NCV $1,470.78** <br><br> **Increase in NCV = $199.42** <br> Line from *Schedule A/B*:   **31** | **$1,670.20** | ☑ **$1,670.20** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Iowa Code § 627.6(6)** |
| Brief description: **New York Life xx2198** <br><br> **January 2019 NCV $5,487.98** <br><br> **Increase in NCV = $1,037.90** <br> Line from *Schedule A/B*:   **31** | **$6,525.88** | ☑ **$6,525.88** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Iowa Code § 627.6(6)** |
| Brief description: **New York Life xx6073** <br><br> **January 2019 NCV $5,212.59** <br><br> **Increase in NCV = $1,274.77** <br> Line from *Schedule A/B*:   **31** | **$6,487.36** | ☑ **$6,487.36** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Iowa Code § 627.6(6)** |
| Brief description: **New York Life xx8570** <br> **Child Policy** <br><br> **January 2019 NCV $2,972.10** <br><br> **Increase in NCV = $493.68** <br> Line from *Schedule A/B*:   **31** | **$3,465.78** | ☑ **$3,465.78** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Iowa Code § 627.6(6)** |
| Brief description: **New York Life xx3001** <br> **Child Policy** <br><br> **January 2019 NCV $2,109.09** <br><br> **Increase in NCV = $406.73** <br> Line from *Schedule A/B*:   **31** | **$2,515.82** | ☑ **$2,515.82** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Iowa Code § 627.6(6)** |

Debtor 1   **Kenneth A Anderson**
Debtor 2   **Christine M Anderson**

Case number (if known) _____

| **Part 2:** | **Additional Page** |
| --- | --- |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
| --- | --- | --- | --- |
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**Tools / Lawnmower**<br>Line from *Schedule A/B*: __40__ | **$9,090.00** | ☑ **$9,090.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Iowa Code § 627.6(11)** |

Official Form 106C          **Schedule C: The Property You Claim as Exempt**          page 5

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Kenneth** | **A** | **Anderson** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Christine** | **M** | **Anderson** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF IOWA**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 106D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**

   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

**Part 1:      List All Secured Claims**

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|

| 2.1 | | | | |
|---|---|---|---|---|

**Bankers Healthcare Group, LLC**
Creditor's name

**10234**
Number        Street

**W State Road 84**

_____

**Fort Lauderdale    FL    33324**
City            State    ZIP Code

**Describe the property that secures the claim:**

**Accounts Receivables, Inventory, Instruments, Equi**

Column A: $0.00      Column B: $0.00

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates
to a community debt

**Nature of lien.** Check all that apply.

☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Date debt was incurred **9/27/2018**      Last 4 digits of account number      **1    3    5    7**

**Co-Debtor is guarantor of loan to C. C. Anderson, P.C. d/b/a Medicap Pharmacy which is solely owned by the Co-Debtor**

Add the dollar value of your entries in Column A on this page. Write that number here:

$0.00

Debtor 1 **Kenneth A Anderson**
Debtor 2 **Christine M Anderson**

Case number (if known) _____

| Part 1: | Additional Page<br>After listing any entries on this page, number them sequentially from the previous page. | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

**2.2**

**BMO Harris Bank**
Creditor's name
**Attn: Bankruptcy**
Number     Street
**PO Box 2035**

_____
**Milwaukee          WI     53201**
City          State     ZIP Code

**Who owes the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

Date debt was incurred   **12/2018**

Describe the property that
secures the claim:

**2015 Jeep Wrangler (approx. 67,000 miles)**

$18,541.49          $21,000.00

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.**  Check all that apply.
☒ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☒ Other (including a right to offset)
  **Purchase Money**

Last 4 digits of account number     **0   1   2   6**

**2.3**

**Earlham Savings Bank**
Creditor's name
**217 S. Main Street**
Number     Street

_____
**Woodward          IA     50276**
City          State     ZIP Code

**Who owes the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

Date debt was incurred   **7/16/14**

Describe the property that
secures the claim:

**Real Estate with Building**

$182,428.42          $617,904.29

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.**  Check all that apply.
☒ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☒ Other (including a right to offset)
  **Purchase Money**

Last 4 digits of account number     **x   2   6   4**

The note is separately secured by:
1. AN OPEN-ENDED REAL ESTATE MORTGAGE DATED JULY 16, 2014 FILED IN THE RECORDERS OFFICE BOONE COUNTY, IOWA;
2. AN OPEN-ENDED REAL ESTATE MORTGAGE DATED MAY 30, 2008 FILED MAY 30, 2008 IN BOOK 2008 PAGE 2606 IN THE RECORDERS OFFICE BOONE COUNTY, IO WA;
3. AN OPEN-ENDED REAL ESTATE MORTGAGE DATED JUNE 10, 2014 FILED JUNE 10, 2014 IN BOOK 2014 PAGE 1980 IN THE RECORDERS OFFICE BOONE COUNTY, IOWA;
4. A SECURITY AGREEMENT DATED JULY 16, 2014;
5. A THIRD-PARTY PLEDGE DATED JULY 16, 2014 FROM CHRISTINE ANDERSON AND KENNETH ANDERSON;
6. A PERSONAL GUARANTY DATED JULY 16, 2014 FROM CHRISTINE ANDERSON AND KENNETH ANDERSON;
7. A CORPORATE GUARANTY DATED JULY 16, 2014 FROM C.C. ANDERSON, P.C.

Add the dollar value of your entries in Column A on this page.  Write
that number here:                              $200,969.91

Debtor 1   **Kenneth A Anderson**
Debtor 2   **Christine M Anderson**

Case number (if known) _____

| Part 1: | **Additional Page** After listing any entries on this page, number them sequentially from the previous page. | *Column A* **Amount of claim** Do not deduct the value of collateral | *Column B* **Value of collateral that supports this claim** | *Column C* **Unsecured portion** If any |
|---|---|---|---|---|

**2.4**

**Earlham Savings Bank**
Creditor's name
**217 S. Main Street**
Number      Street

_____

_____

**Woodward        IA    50276**
City              State  ZIP Code

**Describe the property that
secures the claim:**

**Christine Anderson is the
single shareholder in C.**

$16,215.65                    $618,404.29

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates
to a community debt**

**Nature of lien.** Check all that apply.

☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
  **Commercial Debt**

**Date debt was incurred** __6/10/14__   **Last 4 digits of account number**    __x__  __0__  __9__  __3__

The note is separately secured by:
1. AN OPEN-ENDED REAL ESTATE MORTGAGE DATED JULY 16, 2014 FILED IN THE RECORDERS OFFICE BOONE COUNTY, IOWA;
2. AN OPEN-ENDED REAL ESTATE MORTGAGE DATED MAY 30, 2008 FILED MAY 30, 2008 IN BOOK 2008 PAGE 2606 IN THE RECORDERS OFFICE BOONE COUNTY, IO WA;
3. AN OPEN-ENDED REAL ESTATE MORTGAGE DATED JUNE 10, 2014 FILED JUNE 10, 2014 IN BOOK 2014 PAGE 1980 IN THE RECORDERS OFFICE BOONE COUNTY, IOWA;
4. A SECURITY AGREEMENT DATED JULY 16, 2014;
5. A THIRD-PARTY PLEDGE DATED JULY 16, 2014 FROM CHRISTINE ANDERSON AND KENNETH ANDERSON;
6. A PERSONAL GUARANTY DATED JULY 16, 2014 FROM CHRISTINE ANDERSON AND KENNETH ANDERSON;
7. A CORPORATE GUARANTY DATED JULY 16, 2014 FROM C.C. ANDERSON, P.C.

Add the dollar value of your entries in Column A on this page.  Write
that number here:

**$16,215.65**

Debtor 1    **Kenneth A Anderson**
Debtor 2    **Christine M Anderson**

Case number (if known) _____

| **Part 1:** | **Additional Page**<br>After listing any entries on this page, number them<br>sequentially from the previous page. | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral | Column B<br>**Value of collateral**<br>**that supports this**<br>**claim** | Column C<br>**Unsecured**<br>**portion**<br>If any |
|---|---|---|---|---|

**2.5**

**Earlham Savings Bank**
Creditor's name
**217 S. Main Street**
Number    Street

_____

| | | |
|---|---|---|
| Describe the property that<br>secures the claim:<br><br>**Christine Anderson is the**<br>**single shareholder in C.** | $169,076.41 | $618,404.29 | $44,290.91 |

**Woodward        IA    50276**
City            State    ZIP Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim relates**
**to a community debt**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☑ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset)

**Date debt was incurred** _7/16/14_    **Last 4 digits of account number** _8_ _1_ _8_ _0_

The security for this note includes:
1. AN OPEN-ENDED REAL ESTATE MORTGAGE DATED JULY 16, 2014 FILED JULY 17, 2014 IN BOOK 2014 PAGE 2458 IN THE RECORDER'S OFFICE, BOONE COUNTY, IOWA;
2. AN OPEN-ENDED REAL ESTATE MORTGAGE DATED MAY 30, 2008 FILED MAY 30, 2008 IN BOOK 2008 PAGE 2606 IN THE RECORDER'S OFFICE, BOON COUNTY, IOWA;
3. AN OPEN-ENDED REAL ESATE MORTGAGE DATED JUNE 10, 2014 FILED JUNE 10, 2014 IN BOOK 2014 PAGE 1980 IN THE RECORDER'S OFFICE, BOONE COUNTY, IOWA;
4. A SECURITY AGREEMENT DATED JULY 16, 2014;
5. A THIRD PARTY PLEDGE DATED JULY 16, 2014 FROM CHRISTINE ANDERSON AND KENNETH ANDERSON;
6. A THIRD PARTY PLEDGE DATED JULY 16, 2014 FROM C.C. ANDERSON GROUP, L.L.C.;
7. A PERSONAL GUARANTY DATED JULY 16, 2014 FROM CHRISTINE ANDERSON AND KENNETH ANDERSON; AND
8. A CORPORATE GUARATNY DATED JULY 16, 2014 FROM C.C. ANDERSON GROUP, I.I.C.

Add the dollar value of your entries in Column A on this page.  Write
that number here:

| **$169,076.41** |
|---|

Debtor 1    **Kenneth A Anderson**
Debtor 2    **Christine M Anderson**

Case number (if known) _____

| Part 1: | **Additional Page**<br>After listing any entries on this page, number them sequentially from the previous page. | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral | *Column B*<br>**Value of collateral that supports this claim** | *Column C*<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

| 2.6 | Describe the property that secures the claim: | $125,000.00 | $618,404.29 | $124,500.00 |

**Earlham Savings Bank**
Creditor's name
**217 S. Main Street**
Number    Street

**Christine Anderson is the single shareholder in C.**

_____

_____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Woodward        IA    50276**
City        State    ZIP Code

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

**Date debt was incurred    10/26/17    Last 4 digits of account number    2    9    6    9**

**LOC loan is to CC Anderson, PC**
**The note is separately secured by:**
**1. AN OPEN-ENDED REAL ESTATE MORTGAGE DATED JULY 16, 2014 FILED IN THE RECORDERS OFFICE BOONE COUNTY, IOWA;**
**2. AN OPEN-ENDED REAL ESTATE MORTGAGE DATED MAY 30, 2008 FILED MAY 30, 2008 IN BOOK 2008 PAGE 2606 IN THE RECORDERS OFFICE BOONE COUNTY, IO WA;**
**3. AN OPEN-ENDED REAL ESTATE MORTGAGE DATED JUNE 10, 2014 FILED JUNE 10, 2014 IN BOOK 2014 PAGE 1980 IN THE RECORDERS OFFICE BOONE COUNTY, IOWA;**
**4. A SECURITY AGREEMENT DATED JULY 16, 2014;**
**5. A THIRD-PARTY PLEDGE DATED JULY 16, 2014 FROM CHRISTINE ANDERSON AND KENNETH ANDERSON;**
**6. A PERSONAL GUARANTY DATED JULY 16, 2014 FROM CHRISTINE ANDERSON AND KENNETH ANDERSON;**
**7. A CORPORATE GUARANTY DATED JULY 16, 2014 FROM C.C. ANDERSON, P.C.**

| 2.7 | Describe the property that secures the claim: | $294,474.72 | $395,233.00 | |

**Mr. Cooper**
Creditor's name
**Attn: Bankruptcy**
Number    Street
**8950 Cypress Waters Blvd**

**Homestead at 2266 QM Ave., Madrid, IA 50156**

_____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Coppell        TX    75019**
City        State    ZIP Code

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
    **Purchase Money**

**Date debt was incurred    02/09/2015    Last 4 digits of account number    0    6    5    0**

Add the dollar value of your entries in Column A on this page.  Write that number here:            | $419,474.72 |

Debtor 1    **Kenneth A Anderson**
Debtor 2    **Christine M Anderson**

Case number (if known) _____

| Part 1: | **Additional Page**<br>After listing any entries on this page, number them sequentially from the previous page. | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

**2.8**

**Suntrust**
Creditor's name
**Attn: Bankruptcy**
Number    Street
**Mail Code VA-RVW-6290 PO Box 850**

Describe the property that
secures the claim:                          $23,323.69      $35,000.00

**2013 Mustang (approx. 15,000 miles)**

_____
**Richmond          VA    23286**
City                State    ZIP Code

**Who owes the debt?**  Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Date debt was incurred**    **08/2018**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.**  Check all that apply.

☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
    **Purchase Money**

**Last 4 digits of account number**    **3   3   2   3**

Add the dollar value of your entries in Column A on this page.  Write
that number here:                                                                    $23,323.69

If this is the last page of your form, add the dollar value totals from
all pages.  Write that number here:                                          $829,060.38

Debtor 1   **Kenneth A Anderson**
Debtor 2   **Christine M Anderson**

Case number (if known) _____

| **Part 2:** | **List Others to Be Notified for a Debt That You Already Listed** |
|---|---|

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1.  For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here.  Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here.  If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

| 1 | **LightStream/Suntrust** | On which line in Part 1 did you enter the creditor? | **2.8** |
|---|---|---|---|
| | Name | | |
| | **Attn: Bankruptcy** | Last 4 digits of account number | ___ ___ ___ ___ |
| | Number      Street | | |
| | **655 West Broadway** | | |
| | | | |
| | **San Diego**            **CA**      **92101** | | |
| | City                        State    ZIP Code | | |

| 2 | **Tara Z. Hall** | On which line in Part 1 did you enter the creditor? | **2.3** |
|---|---|---|---|
| | Name | | |
| | **DAVIS, BROWN, KOEHN, SHORS & ROBERTS** | Last 4 digits of account number | ___ ___ ___ ___ |
| | Number      Street | | |
| | **The Davis Brown Tower** | | |
| | **215 10th Street, Ste 1300** | | |
| | **Des Moines**          **IA**      **50309** | | |
| | City                        State    ZIP Code | | |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Kenneth** | **A** | **Anderson** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Christine** | **M** | **Anderson** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF IOWA**

Case number
(if known) _____

☐ Check if this is an
    amended filing

Official Form 106E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Hold Claims Secured by Property.* If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

| Part 1: | List All of Your PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims against you?**

    ☑ No. Go to Part 2.
    ☐ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If more space is needed for priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

    (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|
| | | _____ | _____ | _____ |

**2.1**

| | |
|---|---|
| _____ | **Last 4 digits of account number** __ __ __ __ |
| Priority Creditor's Name | **When was the debt incurred?** _____ |
| _____ | |
| Number        Street | **As of the date you file, the claim is:** Check all that apply. |
| _____ | ☐ Contingent |
| _____ | ☐ Unliquidated |
| _____ | ☐ Disputed |
| City              State    ZIP Code | |
| **Who incurred the debt?** Check one. | **Type of PRIORITY unsecured claim:** |
| ☐ Debtor 1 only | ☐ Domestic support obligations |
| ☐ Debtor 2 only | ☐ Taxes and certain other debts you owe the government |
| ☐ Debtor 1 and Debtor 2 only | ☐ Claims for death or personal injury while you were |
| ☐ At least one of the debtors and another |     intoxicated |
| ☐ **Check if this claim is for a community debt** | ☐ Other. Specify |
| **Is the claim subject to offset?** | |
| ☐ No | |
| ☐ Yes | |

Debtor 1    **Kenneth A Anderson**
Debtor 2    **Christine M Anderson**                                                      Case number (if known) _____

| **Part 2:** | **List All of Your NONPRIORITY Unsecured Claims** |
|---|---|

3.   **Do any creditors have nonpriority unsecured claims against you?**

☐  No.  You have nothing to report in this part.  Submit this form to the court with your other schedules.
☑  Yes

4.   **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.**
If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim.  For each claim listed, identify what
type of claim it is.  Do not list claims already included in Part 1.  If more than one creditor holds a particular claim, list the other creditors in
Part 3.  If more space is needed for nonpriority unsecured claims, fill out the Continuation Page of Part 2.

|  | **Total claim** |
|---|---|

**4.1**                                                                                                              **$9,325.00**

**Amex**
Nonpriority Creditor's Name
**Correspondence/Bankruptcy**
Number      Street
**PO Box 981540**

Last 4 digits of account number    **0   6   6   3**

When was the debt incurred?    **10/2018**

As of the date you file, the claim is: Check all that apply.
☐  Contingent
☐  Unliquidated
☐  Disputed

**El Paso**              **TX     79998**
City                         State     ZIP Code

**Who incurred the debt?**    Check one.
☐  Debtor 1 only
☐  Debtor 2 only
☑  Debtor 1 and Debtor 2 only
☐  At least one of the debtors and another

☑  **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑  No
☐  Yes

Type of NONPRIORITY unsecured claim:

☐  Student loans
☐  Obligations arising out of a separation agreement or divorce
    that you did not report as priority claims
☐  Debts to pension or profit-sharing plans, and other similar debts
☑  Other.  Specify
    **Credit Card**

**4.2**                                                                                                              **$10,502.88**

**Amex**
Nonpriority Creditor's Name
**Correspondence/Bankruptcy**
Number      Street
**PO Box 981540**

Last 4 digits of account number    **1   0   0   1**

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply.
☐  Contingent
☐  Unliquidated
☐  Disputed

**El Paso**              **TX     79998**
City                         State     ZIP Code

**Who incurred the debt?**    Check one.
☐  Debtor 1 only
☐  Debtor 2 only
☑  Debtor 1 and Debtor 2 only
☐  At least one of the debtors and another

☐  **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑  No
☐  Yes

Type of NONPRIORITY unsecured claim:

☐  Student loans
☐  Obligations arising out of a separation agreement or divorce
    that you did not report as priority claims
☐  Debts to pension or profit-sharing plans, and other similar debts
☑  Other.  Specify
    **Credit Card**

Debtor 1    **Kenneth A Anderson**
Debtor 2    **Christine M Anderson**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

**4.3**

$2,466.00

**Bank of America**
Nonpriority Creditor's Name
**4909 Savarese Circle**
Number      Street
**FL1-908-01-50**

**Tampa**                          **FL**      **33634**
City                              State    ZIP Code

**Who incurred the debt?**    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **9    1    3    6**
When was the debt incurred?    **04/2019**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Credit Card**

**4.4**

$29,712.00

**Capital One**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number      Street
**PO Box 30285**

**Salt Lake City**              **UT**      **84130**
City                              State    ZIP Code

**Who incurred the debt?**    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **8    3    3    6**
When was the debt incurred?    **01/2017**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Charge Account**

**4.5**

$3,838.48

**Capital One**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number      Street
**PO Box 30285**

**Salt Lake City**              **UT**      **84130**
City                              State    ZIP Code

**Who incurred the debt?**    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **9    2    8    2**
When was the debt incurred?    _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Credit Card**

Debtor 1   **Kenneth A Anderson**
Debtor 2   **Christine M Anderson**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.6**                                                                                          **$6,401.00**

**Chase Card Services**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number     Street
**PO Box 15298**

**Wilmington            DE     19850**
City                    State    ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**     **3   3   2   5**
**When was the debt incurred?**     **04/2017**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Credit Card**

**4.7**                                                                                          **$8,376.00**

**Citibank**
Nonpriority Creditor's Name
**Citicorp Credit Srvs/Centralized Bk dept**
Number     Street
**PO Box 790034**

**St Louis              MO     63179**
City                    State    ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**     **7   2   4   2**
**When was the debt incurred?**     **09/2009**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Credit Card**

**4.8**                                                                                          **$2,591.00**

**Citibank**
Nonpriority Creditor's Name
**Citicorp Credit Srvs/Centralized Bk dept**
Number     Street
**PO Box 790034**

**St Louis              MO     63179**
City                    State    ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**     **6   5   3   0**
**When was the debt incurred?**     **03/2019**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Credit Card**

Debtor 1   **Kenneth A Anderson**
Debtor 2   **Christine M Anderson**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.9**                                                                 **$19,175.00**

**Discover Financial**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number     Street
**PO Box 3025**

_____

**New Albany**          **OH**    **43054**
City                        State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   **6   2   9   0**
**When was the debt incurred?**   **01/2006**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
   **Credit Card**

---

**4.10**                                                                **$14,144.00**

**Discover Financial**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number     Street
**PO Box 3025**

_____

**New Albany**          **OH**    **43054**
City                        State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   **2   1   0   8**
**When was the debt incurred?**   **11/2002**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
   **Credit Card**

---

**4.11**                                                                **$11,747.00**

**Navient**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number     Street
**PO Box 9640**

_____

**Wilkes Barre**         **PA**    **18773**
City                        State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [x] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   **0   7   0   7**
**When was the debt incurred?**   **07/2006**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [x] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [ ] Other. Specify

Debtor 1    **Kenneth A Anderson**
Debtor 2    **Christine M Anderson**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.12

$7,528.00

**State Farm Financial S**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number    Street
**1 State Farm Plaza**

_____

**Bloomington          IL      61710**
City                          State    ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**    **7    3    2    0**
**When was the debt incurred?**    **10/2016**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
      **Credit Card**

### 4.13

$441.20

**Suntrust**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number    Street
**Mail Code VA-RVW-6290 PO Box 85092**

_____

**Richmond          VA      23286**
City                          State    ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**    **3    0    0    5**
**When was the debt incurred?**    **02/2017**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
      **Unsecured**

### 4.14

$7,295.00

**USAA Federal Savings Bank**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number    Street
**10750 McDermott Freeway**

_____

**San Antonio          TX      78288**
City                          State    ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**    **6    7    0    6**
**When was the debt incurred?**    **03/2010**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
      **Credit Card**

Debtor 1      **Kenneth A Anderson**
Debtor 2      **Christine M Anderson**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

| | **Total claim** |

| 4.15 |

$4,888.00

**USAA Federal Savings Bank**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number      Street
**10750 McDermott Freeway**

_____

**San Antonio            TX      78288**
City                        State     ZIP Code

**Who incurred the debt?**      Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Last 4 digits of account number**      **5    6    5    8**

**When was the debt incurred?**      **03/08/2010**

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
      that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
      **Unknown Loan Type**

Debtor 1   **Kenneth A Anderson**
Debtor 2   **Christine M Anderson**

Case number (if known) _____

---

| Part 3: | List Others to Be Notified About a Debt That You Already Listed |
|---|---|

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional parties to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

---

**Gatestone**
Name
**1000 N. West Street**
Number          Street

_____

**Wilmington**          **DE**     **19801**
City                State     ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line  **4.2**  of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  **0**  **1**  **3**  **0**

---

**LightStream/Suntrust**
Name
**Attn: Bankruptcy**
Number          Street
**655 West Broadway**

_____

**San Diego**          **CA**     **92101**
City                State     ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line  **4.13**  of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  ___  ___  ___  ___

---

**Radius Global Solutions**
Name
**PO Box 390905**
Number          Street

_____

**Minneapolis**          **MN**     **55439**
City                State     ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line  **4.7**  of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  **7**  **0**  **5**  **4**

---

Debtor 1    **Kenneth A Anderson**
Debtor 2    **Christine M Anderson**                                    Case number (if known) _____

| **Part 4:** | **Add the Amounts for Each Type of Unsecured Claim** |
|---|---|

6.   **Total the amounts of certain types of unsecured claims.  This information is for statistical reporting purposes only. 28 U.S.C. § 159.  Add the amounts for each type of unsecured claim.**

| | | | | Total claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $0.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $0.00 |
| | 6d. | **Other.**  Add all other priority unsecured claims.  Write that amount here. | 6d. **+** | $0.00 |
| | 6e. | **Total.**  Add lines 6a through 6d. | 6d. | $0.00 |

| | | | | Total claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $11,747.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $0.00 |
| | 6i. | **Other.**  Add all other nonpriority unsecured claims.  Write that amount here. | 6i. **+** | $126,683.56 |
| | 6j. | **Total.**  Add lines 6f through 6i. | 6j. | $138,430.56 |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Kenneth** | **A** | **Anderson** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Christine** | **M** | **Anderson** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF IOWA**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases

**12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**

   ☑ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.

   ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

   **Person or company with whom you have the contract or lease**          **State what the contract or lease is for**

<table>
<tr><td colspan="4"><strong>Fill in this information to identify your case:</strong></td></tr>
</table>

| Debtor 1 | **Kenneth** | **A** | **Anderson** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | **Christine** | **M** | **Anderson** |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF IOWA**

Case number
(if known) _____

☐ Check if this is an
amended filing

## Official Form 106H

## Schedule H: Your Codebtors

**12/15**

Codebtors are people or entities who are also liable for any debts you may have.  Be as complete and accurate as possible.  If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left.  Attach the Additional Page to this page.  On the top of any Additional Pages, write your name and case number (if known).  Answer every question.

1. **Do you have any codebtors?**   *(If you are filing a joint case, do not list either spouse as a codebtor.)*
   - ☑ No
   - ☐ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?**  *(Community property states and territories include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)*
   - ☑ No. Go to line 3.
   - ☐ Yes.  Did your spouse, former spouse, or legal equivalent live with you at the time?
     - ☐ No
     - ☐ Yes

3. **In Column 1, list all of your codebtors.  Do not include your spouse as a codebtor if your spouse is filing with you.  List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner.  Make sure you have listed the creditor on** *Schedule D* **(Official Form 106D),** *Schedule E/F* **(Official Form 106E/F), or** *Schedule G* **(Official Form 106G).  Use** *Schedule D, Schedule E/F, or Schedule G* **to fill out Column 2.**

   *Column 1:* **Your codebtor**          *Column 2:* **The creditor to whom you owe the debt**

   Check all schedules that apply:

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Kenneth** | **A** | **Anderson** |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | **Christine** | **M** | **Anderson** |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF IOWA** | | |
| Case number (if known) | | | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

Official Form 106I

## Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Employment

**1. Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | ☐ Employed  ☑ Not employed | ☐ Employed  ☑ Not employed |
| **Occupation** | **Self Employed** | **Pharmacist** |
| **Employer's name** | | **Medicap Pharmacy #8350** |
| **Employer's address** | | **411 Annex Rd.** |
| | Number  Street | Number  Street |
| | | |
| | | |
| | City        State  Zip Code | **Madrid**    **IA**  **50156** City        State  Zip Code |
| **How long employed there?** | | **16 Years** |

### Part 2:    Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| **2.** | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | **$0.00** | **$9,598.33** |
| **3.** | Estimate and list monthly overtime pay. | 3. + | **$0.00** | **$0.00** |
| **4.** | Calculate gross income. Add line 2 + line 3. | 4. | **$0.00** | **$9,598.33** |

| Debtor 1 | **Kenneth A Anderson** | | |
|---|---|---|---|
| Debtor 2 | **Christine M Anderson** | | Case number (if known) _____ |

| | | | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
|---|---|---|---|---|
| | Copy line 4 here ................................................ ➔ | 4. | $0.00 | $9,598.33 |
| **5.** | **List all payroll deductions:** | | | |
| | **5a.** Tax, Medicare, and Social Security deductions | 5a. | $0.00 | $1,859.31 |
| | **5b.** Mandatory contributions for retirement plans | 5b. | $0.00 | $0.00 |
| | **5c.** Voluntary contributions for retirement plans | 5c. | $0.00 | $0.00 |
| | **5d.** Required repayments of retirement fund loans | 5d. | $0.00 | $912.10 |
| | **5e.** Insurance | 5e. | $0.00 | $144.99 |
| | **5f.** Domestic support obligations | 5f. | $0.00 | $0.00 |
| | **5g.** Union dues | 5g. | $0.00 | $0.00 |
| | **5h.** Other deductions.<br>Specify: _____ | 5h. **+** | $0.00 | $0.00 |
| **6.** | **Add the payroll deductions.**   Add lines 5a + 5b + 5c + 5d + 5e + 5f + 5g + 5h. | 6. | $0.00 | $2,916.40 |
| **7.** | **Calculate total monthly take-home pay.**   Subtract line 6 from line 4. | 7. | $0.00 | $6,681.93 |
| **8.** | **List all other income regularly received:** | | | |
| | **8a.** Net income from rental property and from operating a business, profession, or farm | 8a. | $535.00 | $0.00 |
| | Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | | | |
| | **8b.** Interest and dividends | 8b. | $0.00 | $0.00 |
| | **8c.** Family support payments that you, a non-filing spouse, or a dependent regularly receive | 8c. | $0.00 | $0.00 |
| | Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | | | |
| | **8d.** Unemployment compensation | 8d. | $0.00 | $0.00 |
| | **8e.** Social Security | 8e. | $0.00 | $0.00 |
| | **8f.** Other government assistance that you regularly receive | | | |
| | Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.<br>Specify: _____ | 8f. | $0.00 | $0.00 |
| | **8g.** Pension or retirement income | 8g. | $0.00 | $0.00 |
| | **8h.** Other monthly income.<br>Specify: Rental Income | 8h. **+** | $0.00 | $1,200.00 |
| **9.** | **Add all other income.**   Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h. | 9. | $535.00 | $1,200.00 |
| **10.** | **Calculate monthly income.**   Add line 7 + line 9.<br>Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $535.00 **+** | $7,881.93 **=** $8,416.93 |

**11.** **State all other regular contributions to the expenses that you list in Schedule J.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.

Specify: _____   11. **+** $0.00

**12.** **Add the amount in the last column of line 10 to the amount in line 11.**  The result is the combined monthly income.  Write that amount on the Summary of Your Assets and Liabilities and Certain Statistical Information, if it applies.

12.   $8,416.93
**Combined monthly income**

**13.** **Do you expect an increase or decrease within the year after you file this form?**

☐ No.

☑ Yes. Explain: The Medicap business revenue was reduced in 2020 due to the pandemic,  It is expected to improve over the next year.

Debtor 1    **Kenneth A Anderson**
Debtor 2    **Christine M Anderson**

Case number (if known) _____

8a.  Attached Statement (Debtor 1)

## Car Restoration

**Gross Monthly Income:**                                                                                     $1,850.00

| Expense | Category | Amount |
|---|---|---|
| Materials for Restoration | Supplies | **$415.00** |
| Federal and State Taxes | Taxes | **$400.00** |

**Total Monthly Expenses**                                                                                  $815.00

**Net Monthly Income:**                                                                                       $1,035.00

Debtor 1    **Kenneth A Anderson**
Debtor 2    **Christine M Anderson**

Case number (if known) _____

8a.  Attached Statement (Debtor 1)

**Gross Monthly Income:**                                                    **$0.00**

| Expense | Category | Amount |
|---|---|---|
| FICA, State and Federal Tax | Taxes | **$500.00** |

**Total Monthly Expenses**                                                  **$500.00**

**Net Monthly Income:**                                                    **($500.00)**

**Fill in this information to identify your case:**

| | | | | |
|---|---|---|---|---|
| Debtor 1 | **Kenneth** | **A** | **Anderson** | |
| | First Name | Middle Name | Last Name | |
| Debtor 2 | **Christine** | **M** | **Anderson** | |
| (Spouse, if filing) | First Name | Middle Name | Last Name | |
| United States Bankruptcy Court for the: | | **SOUTHERN DISTRICT OF IOWA** | | |
| Case number (if known) | | | | |

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

Official Form 106J

## Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Describe Your Household

**1.   Is this a joint case?**

☐ No. Go to line 2.
☑ Yes. **Does Debtor 2 live in a separate household?**
    ☑ No
    ☐ Yes. Debtor 2 must file Official Form 106J-2, Expenses for Separate Household of Debtor 2.

**2.   Do you have dependents?**

Do not list Debtor 1 and Debtor 2.

Do not state the dependents' names.

☐ No
☑ Yes. Fill out this information for each dependent....................

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| **Daughter** | **16** | ☐ No  ☑ Yes |
| **Son** | **18** | ☐ No  ☑ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |

**3.   Do your expenses include expenses of people other than yourself and your dependents?**

☑ No
☐ Yes

### Part 2:   Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on Schedule I: Your Income (Official Form 106I.)

**Your expenses**

| | | |
|---|---|---|
| **4.   The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. | **$2,357.00** |
| If not included in line 4: | | |
| 4a.   Real estate taxes | 4a. | |
| 4b.   Property, homeowner's, or renter's insurance | 4b. | |
| 4c.   Home maintenance, repair, and upkeep expenses | 4c. | **$50.00** |
| 4d.   Homeowner's association or condominium dues | 4d. | |

Debtor 1   **Kenneth A Anderson**
Debtor 2   **Christine M Anderson**

Case number (if known) _____

**Your expenses**

| | | | |
|---|---|---|---|
| 5. | Additional mortgage payments for your residence, such as home equity loans | 5. | |
| 6. | Utilities: | | |
| | 6a. Electricity, heat, natural gas | 6a. | **$500.00** |
| | 6b. Water, sewer, garbage collection | 6b. | **$120.00** |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. | **$500.00** |
| | 6d. Other. Specify: _____ | 6d. | |
| 7. | Food and housekeeping supplies | 7. | **$700.00** |
| 8. | Childcare and children's education costs (See continuation sheet(s) for details) | 8. | **$320.00** |
| 9. | Clothing, laundry, and dry cleaning | 9. | **$250.00** |
| 10. | Personal care products and services () | 10. | **$100.00** |
| 11. | Medical and dental expenses (See continuation sheet(s) for details) | 11. | **$450.00** |
| 12. | Transportation. Include gas, maintenance, bus or train fare. Do not include car payments. (See continuation sheet(s) for details) | 12. | **$381.00** |
| 13. | Entertainment, clubs, recreation, newspapers, magazines, and books | 13. | |
| 14. | Charitable contributions and religious donations | 14. | |
| 15. | Insurance. Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a. Life insurance | 15a. | **$210.00** |
| | 15b. Health insurance | 15b. | **$430.00** |
| | 15c. Vehicle insurance | 15c. | **$227.00** |
| | 15d. Other insurance. Specify: **See continuation sheet** | 15d. | **$50.00** |
| 16. | Taxes. Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | 16. | |
| 17. | Installment or lease payments: | | |
| | 17a. Car payments for Vehicle 1 **2015 Jeep** | 17a. | **$568.00** |
| | 17b. Car payments for Vehicle 2 **2013 Mustang** | 17b. | **$826.11** |
| | 17c. Other. Specify: **Student Loans** | 17c. | **$115.00** |
| | 17d. Other. Specify: _____ | 17d. | |
| 18. | Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I). | 18. | |
| 19. | Other payments you make to support others who do not live with you. Specify: _____ | 19. | |

Debtor 1   **Kenneth A Anderson**

Debtor 2   **Christine M Anderson**

Case number (if known) _____

**20. Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.**

| | | |
|---|---|---|
| 20a. | Mortgages on other property | 20a. _____ |
| 20b. | Real estate taxes | 20b. _____ |
| 20c. | Property, homeowner's, or renter's insurance | 20c. _____ |
| 20d. | Maintenance, repair, and upkeep expenses | 20d. _____ |
| 20e. | Homeowner's association or condominium dues | 20e. _____ |

**21. Other.** Specify: _____   21. + _____

**22. Calculate your monthly expenses.**

| | | |
|---|---|---|
| 22a. | Add lines 4 through 21. | 22a. | $8,154.11 |
| 22b. | Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2. | 22b. | _____ |
| 22c. | Add line 22a and 22b.  The result is your monthly expenses. | 22c. | $8,154.11 |

**23. Calculate your monthly net income.**

| | | |
|---|---|---|
| 23a. | Copy line 12 (your combined monthly income) from Schedule I. | 23a. | $8,416.93 |
| 23b. | Copy your monthly expenses from line 22c above. | 23b. − | $8,154.11 |
| 23c. | Subtract your monthly expenses from your monthly income. The result is your monthly net income. | 23c. | $262.82 |

**24. Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☐ No.

☑ Yes.  Explain here:
**Because of the pandemic, Debtors have deferred their house payments for six months. The payments will resume in April 2021.**

Debtor 1    **Kenneth A Anderson**
Debtor 2    **Christine M Anderson**                          Case number (if known) _____

8.  <u>**Childcare and children's education costs (details):**</u>
    **School Activities/Supplies**                                              **$120.00**
    **School lunches**                                                          **$100.00**
    **Special Events/Circumstances**                                            **$100.00**

    |                | Total: | **$320.00** |
    |----------------|--------|-------------|

11.  <u>**Medical and dental (details):**</u>
     **Optomotrist; Glasses; Contacts**                                         **$100.00**
     **Drugs, Insulin, Diabetic Supplies**                                      **$350.00**

    |                | Total: | **$450.00** |
    |----------------|--------|-------------|

12.  <u>**Transportation (details):**</u>
     **Gas & Oil**                                                              **$200.00**
     **Car Registration**                                                       **$101.00**
     **Car Reparis**                                                            **$80.00**

    |                | Total: | **$381.00** |
    |----------------|--------|-------------|

15d. <u>**Other insurance (details):**</u>
     **Personal Tax Preperation**                                              **$50.00**

    |                | Total: | **$50.00** |
    |----------------|--------|------------|

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Kenneth** | **A** | **Anderson** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Christine** | **M** | **Anderson** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF IOWA**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new Summary and check the box at the top of this page.

### Part 1:    Summarize Your Assets

**Your assets**
Value of what you own

1.  *Schedule A/B: Property* (Official Form 106A/B)

    1a. Copy line 55, Total real estate, from Schedule A/B.................................................................    **$597,233.00**

    1b. Copy line 62, Total personal property, from Schedule A/B.................................................... **$387,979.05**

    1c. Copy line 63, Total of all property on Schedule A/B................................................................. **$985,212.05**

### Part 2:    Summarize Your Liabilities

**Your liabilities**
Amount you owe

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
    2a. Copy the total you listed in Column A, Amount of claim, at the bottom of the last page of Part 1 of Schedule D..... **$829,060.38**

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
    3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of Schedule E/F.................................... **$0.00**

    3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of Schedule E/F............................. **+ $138,430.56**

**Your total liabilities**    **$967,490.94**

### Part 3:    Summarize Your Income and Expenses

4.  *Schedule I: Your Income* (Official Form 106I)
    Copy your combined monthly income from line 12 of Schedule I.................................................. **$8,416.93**

5.  *Schedule J: Your Expenses* (Official Form 106J)
    Copy your monthly expenses from line 22c of Schedule J............................................................ **$8,154.11**

Debtor 1    **Kenneth A Anderson**
Debtor 2    **Christine M Anderson**

Case number (if known) _____

---

## Part 4:    Answer These Questions for Administrative and Statistical Records

6.   **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐   No.  You have nothing to report on this part of the form.  Check this box and submit this form to the court with your other schedules.

☒   Yes

7.   **What kind of debt do you have?**

☐   **Your debts are primarily consumer debts.**  *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose."  11 U.S.C. § 101(8).  Fill out lines 8-9g for statistical purposes.  28 U.S.C. § 159.

☒   **Your debts are not primarily consumer debts.**  You have nothing to report on this part of the form.  Check this box and submit this form to the court with your other schedules.

8.   From the *Statement of Your Current Monthly Income:* Copy your total current monthly income from Official Form 122A-1 Line 11; **OR,** Form 122B Line 11; **OR,** Form 122C-1 Line 14.

_____

9.   Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F:*

|  | Total claim |
|---|---|
| **From Part 4 on *Schedule E/F,* copy the following:** | |
| 9a.  Domestic support obligations.  (Copy line 6a.) | _____ |
| 9b.  Taxes and certain other debts you owe the government.  (Copy line 6b.) | _____ |
| 9c.  Claims for death or personal injury while you were intoxicated.  (Copy line 6c.) | _____ |
| 9d.  Student loans.  (Copy line 6f.) | _____ |
| 9e.  Obligations arising out of a separation agreement or divorce that you did not report as priority claims.  (Copy line 6g.) | _____ |
| 9f.  Debts to pension or profit-sharing plans, and other similar debts.  (Copy line 6h.) | +  _____ |
| 9g.  **Total.**  Add lines 9a through 9f. | _____ |

**Fill in this information to identify your case:**

| | | |
|---|---|---|
| Debtor 1 | **Kenneth**          **A**          **Anderson** | |
| | First Name        Middle Name        Last Name | |
| Debtor 2 | **Christine**          **M**          **Anderson** | |
| (Spouse, if filing) | First Name        Middle Name        Last Name | |

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF IOWA**

Case number
(if known) _____

☐ Check if this is an
   amended filing

Official Form 106Dec

## Declaration About an Individual Debtor's Schedules                          12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____     Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ Kenneth A Anderson**                              X **/s/ Christine M Anderson**
Kenneth A Anderson, Debtor 1                              Christine M Anderson, Debtor 2

Date **02/21/2021**                                       Date **02/21/2021**
   MM / DD / YYYY                                            MM / DD / YYYY

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Kenneth** | **A** | **Anderson** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Christine** | **M** | **Anderson** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF IOWA**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy          04/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Give Details About Your Marital Status and Where You Lived Before

1. **What is your current marital status?**
   - ☑ Married
   - ☐ Not married

2. **During the last 3 years, have you lived anywhere other than where you live now?**
   - ☑ No
   - ☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

3. **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?**
   *(Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
   - ☑ No
   - ☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

Debtor 1   **Kenneth A Anderson**
Debtor 2   **Christine M Anderson**                                                    Case number (if known) _____

| **Part 2:** | **Explain the Sources of Your Income** |

4.  **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
    Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
    If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

    ☐ No
    ☒ Yes. Fill in the details.

|  | **Debtor 1** | | **Debtor 2** | |
|---|---|---|---|---|
|  | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions<br>and exclusions | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions<br>and exclusions |
| **From January 1 of the current year until the date you filed for bankruptcy:** | ☐ Wages, commissions, bonuses, tips<br>☒ Operating a business | $0.00 | ☒ Wages, commissions, bonuses, tips<br>☐ Operating a business | $17,290.00 |
| **For the last calendar year:**<br>(January 1 to December 31, __2020__ )<br>YYYY | ☐ Wages, commissions, bonuses, tips<br>☒ Operating a business | $15,000.00 (est.) | ☒ Wages, commissions, bonuses, tips<br>☐ Operating a business | $85,320.00 |
| **For the calendar year before that:**<br>(January 1 to December 31, __2019__ )<br>YYYY | ☐ Wages, commissions, bonuses, tips<br>☒ Operating a business | $15,296.00 | ☒ Wages, commissions, bonuses, tips<br>☐ Operating a business | $71,526.00 |

5.  **Did you receive any other income during this year or the two previous calendar years?**
    Include income regardless of whether that income is taxable. Examples of other income are alimony; child support; Social Security; unemployment; and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are in a joint case and you have income that you received together, list it only once under Debtor 1.

    List each source and the gross income from each source separately. Do not include income that you listed in line 4.

    ☐ No
    ☒ Yes. Fill in the details.

|  | **Debtor 1** | | **Debtor 2** | |
|---|---|---|---|---|
|  | **Sources of income**<br>Describe below. | **Gross income**<br>**from each source**<br>(before deductions<br>and exclusions | **Sources of income**<br>Describe below. | **Gross income**<br>**from each source**<br>(before deductions<br>and exclusions |
| **From January 1 of the current year until the date you filed for bankruptcy:** | **Rent (Estimated)** | $2,813.00 | **Rent (Estimated)** | ($632.00) |
| **For the last calendar year:**<br>(January 1 to December 31, __2020__ )<br>YYYY | **Rent (Estimated)** | $16,877.00 | **Rent (Estimated)** | ($3,790.00) |
| **For the calendar year before that:**<br>(January 1 to December 31, __2019__ )<br>YYYY | **Capital Gain**<br>**Pension**<br>**Rent** | $4,142.00<br>$32,763.00<br>$16,877.00 | **Capital Gain**<br>**Rent** | $4,142.00<br>($3,790.00) |

Debtor 1    **Kenneth A Anderson**
Debtor 2    **Christine M Anderson**                                      Case number (if known) _____

| **Part 3:** | **List Certain Payments You Made Before You Filed for Bankruptcy** |

6.   **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☑ No.   **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,825* or more?

☐ No. Go to line 7.

☑ Yes.  List below each creditor to whom you paid a total of $6,825* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

* Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.

☐ Yes.   **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No. Go to line 7.

☐ Yes.  List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for... |
|---|---|---|---|---|
| **Amex** | | $1,500.00 | $9,325.00 | ☐ Mortgage |
| Creditor's name | | | | ☐ Car |
| **Correspondence Bankkruptcy** | 11/20/20 | | | ☑ Credit card |
| Number    Street | 12/31/20 | | | ☐ Loan repayment |
| **PO Box 981540** | 2/1/21 | | | ☐ Suppliers or vendors |
| **El Paso**          **TX**    **79992** | | | | ☐ Other _____ |
| City              State    ZIP Code | | | | |

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for... |
|---|---|---|---|---|
| **Bank of America** | | $600.00 | $2,466.00 | ☐ Mortgage |
| Creditor's name | | | | ☐ Car |
| **4909 Savarese Circle** | 11/23/20 | | | ☑ Credit card |
| Number    Street | 12/22/20 | | | ☐ Loan repayment |
| **FL1-908-01-50** | 1/22/20 | | | ☐ Suppliers or vendors |
| **Tampa**          **FL**    **33634** | | | | ☐ Other _____ |
| City              State    ZIP Code | | | | |

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for... |
|---|---|---|---|---|
| **Citibank** | | $600.00 | $8,376.00 | ☐ Mortgage |
| Creditor's name | | | | ☐ Car |
| **Citicorp Credit Srvs/Centralized Bk dept** | 12/16/20 | | | ☑ Credit card |
| Number    Street | 1/19/21 | | | ☐ Loan repayment |
| **PO Box 790034** | 2/16/21 | | | ☐ Suppliers or vendors |
| **St Louis**          **MO**    **63179** | | | | ☐ Other _____ |
| City              State    ZIP Code | | | | |

Debtor 1   **Kenneth A Anderson**
Debtor 2   **Christine M Anderson**                                    Case number (if known) _____

|  | Dates of payment | Total amount paid | Amount you still owe | Was this payment for... |
|---|---|---|---|---|
| **Discover Financial** | | **$975.00** | **$19,175.00** | ☐ Mortgage |
| Creditor's name | | | | ☐ Car |
| **Attn: Bankruptcy** | 12/3/20 | | | ☑ Credit card |
| Number    Street | 1/4/21 | | | ☐ Loan repayment |
| **PO Box 3025** | 2/3/21 | | | ☐ Suppliers or vendors |
| | | | | ☐ Other _____ |
| **New Albany**        **OH**   **43054** | | | | |
| City            State    ZIP Code | | | | |

|  | Dates of payment | Total amount paid | Amount you still owe | Was this payment for... |
|---|---|---|---|---|
| **USAA Federal Savings Bank** | | **$750.00** | **$7,295.00** | ☐ Mortgage |
| Creditor's name | | | | ☐ Car |
| **Attn: Bankruptcy** | 11/24/20 | | | ☑ Credit card |
| Number    Street | 12/8/20 | | | ☐ Loan repayment |
| **10750 McDermott Freeway** | 1/7/21 | | | ☐ Suppliers or vendors |
| | 2/9/21 | | | ☐ Other _____ |
| **San Antonio**        **TX**   **78288** | | | | |
| City            State    ZIP Code | | | | |

7.  **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
    *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner;
    corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing
    agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations
    such as child support and alimony.

    ☑ No
    ☐ Yes.  List all payments to an insider.

8.  **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that
    benefited an insider?**

    Include payments on debts guaranteed or cosigned by an insider.

    ☑ No
    ☐ Yes.  List all payments that benefited an insider.

**Part 4:      Identify Legal Actions, Repossessions, and Foreclosures**

9.  **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
    List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody
    modifications, and contract disputes.

    ☐ No
    ☑ Yes.  Fill in the details.

| Case title | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Boone County Hospital v. C. C. Anderson Group LLC** | **Money Judgment** | **Iowa District Court for Boone County** | ☐ Pending |
| | | Court Name | ☐ On appeal |
| | **Defendant is an entilly wholly owned by Co-Debtor** | **Boone County Courthouse** | ☑ Concluded |
| Case number  **LACN041881** | | Number    Street | |
| | | **201 State Street** | |
| | | **Boone**        **IA**   **50036** | |
| | | City            State    ZIP Code | |

Debtor 1    **Kenneth A Anderson**
Debtor 2    **Christine M Anderson**                                          Case number (if known) _____

**10. Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☒ No.  Go to line 11.
☐ Yes.  Fill in the information below.

**11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☒ No
☐ Yes.  Fill in the details.

**12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☒ No
☐ Yes

| Part 5: | List Certain Gifts and Contributions |
|---|---|

**13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☒ No
☐ Yes.  Fill in the details for each gift.

**14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☒ No
☐ Yes.  Fill in the details for each gift or contribution.

| Part 6: | List Certain Losses |
|---|---|

**15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☐ No
☒ Yes.  Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid.  List pending insurance claims on line 33 of *Schedule A/B: Property*. | Date of your loss | Value of property lost |
|---|---|---|---|
| **The Iowa derecho caused damage to trees around home.  Since there was no property damage, insurance did not pay.  The cost to clean up the damage was $6,000** | | **August 2020** | **$6,000.00** |

| Debtor 1 | **Kenneth A Anderson** | | |
|---|---|---|---|
| Debtor 2 | **Christine M Anderson** | | Case number (if known) |

| **Part 7:** | **List Certain Payments or Transfers** |
|---|---|

**16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**

Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required for your bankruptcy.

☐ No
☑ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Kruse & Dakin L.L.P.** | | | |
| Person Who Was Paid | | | |
| **712 Arden Street** | | **11/07/2020** | **$2,000.00** |
| Number        Street | | | |
| | | | |
| **Boone**            **IA**    **50036** | | | |
| City                State   ZIP Code | | | |
| | | | |
| Email or website address | | | |
| | | | |
| Person Who Made the Payment, if Not You | | | |

**17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**

Do not include any payment or transfer that you listed on line 16.

☑ No
☐ Yes. Fill in the details.

**18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**

Include both outright transfers and transfers made as security (such as granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☑ No
☐ Yes. Fill in the details.

**19. Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?**    (These are often called asset-protection devices.)

☑ No
☐ Yes. Fill in the details.

Debtor 1    **Kenneth A Anderson**
Debtor 2    **Christine M Anderson**                                    Case number (if known) _____

| **Part 8:** | **List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units** |

**20. Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**

Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☒ No
☐ Yes. Fill in the details.

**21. Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☒ No
☐ Yes. Fill in the details.

**22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☒ No
☐ Yes. Fill in the details.

| **Part 9:** | **Identify Property You Hold or Control for Someone Else** |

**23. Do you hold or control any property that someone else owns?  Include any property you borrowed from, are storing for, or hold in trust for someone.**

☐ No
☒ Yes. Fill in the details.

| | Where is the property? | Describe the property | Value |
|---|---|---|---|
| **AkzoNobel/Sikkens**<br>Owner's Name | | **Computerized paint matching and mixing bank.  Equipment is provided by Vendor if Debtor buys their paint. Value is unknown** | |
| **1845 Maxwell Dr.**<br>Number    Street | **2266 QM Ave.**<br>Number    Street | | |
| | | | |
| **Troy**          **MI**   **48084**<br>City          State   ZIP Code | **Madrid**          **IA**   **50156**<br>City          State   ZIP Code | | |

| | Where is the property? | Describe the property | Value |
|---|---|---|---|
| **Service Dog Owner**<br>Owner's Name | | **Co-Debtor is training a service dog for disabled veteran.**<br><br>**Value is unknown.** | |
| <br>Number    Street | <br>Number    Street | | |
| | | | |
| <br>City          State   ZIP Code | <br>City          State   ZIP Code | | |

Debtor 1   **Kenneth A Anderson**
Debtor 2   **Christine M Anderson**                                    Case number (if known) _____

---

## Part 10:   Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substance, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar item.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

    ☑ No
    ☐ Yes. Fill in the details.

25. **Have you notified any governmental unit of any release of hazardous material?**

    ☑ No
    ☐ Yes. Fill in the details.

26. **Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

    ☑ No
    ☐ Yes. Fill in the details.

---

## Part 11:   Give Details About Your Business or Connections to Any Business

27. **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

    ☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
    ☑ A member of a limited liability company (LLC) or limited liability partnership (LLP)
    ☐ A partner in a partnership
    ☑ An officer, director, or managing executive of a corporation
    ☐ An owner of at least 5% of the voting or equity securities of a corporation

    ☐ No. None of the above applies. Go to Part 12.
    ☑ Yes. Check all that apply above and fill in the details below for each business.

| | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| **CC Anderson PC dbaMedicap Pharm**<br>Business Name | | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |
| **411 Annex Rd.**<br>Number    Street | Name of accountant or bookkeeper | |
| _____ | | Dates business existed |
| **Madrid**          **IA**   **50156**<br>City          State   ZIP Code | | From _____ To _____ |

Debtor 1    **Kenneth A Anderson**

Debtor 2    **Christine M Anderson** _____    Case number (if known) _____

28.  **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business?  Include all financial institutions, creditors, or other parties.**

☐ No

☑ Yes.  Fill in the details below.

|  | Date issued |
|---|---|
| **City State Bank** | **10/16/2020** |
| Name | |
| **105 E 2nd Street** | |
| Number     Street | |
| | |
| **Madrid**        **IA**    **50156** | |
| City              State   ZIP Code | |

---

**Part 12:**   **Sign Below**

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that answers are true and correct.  I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.  **18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**X** /s/ Kenneth A Anderson _____    **X** /s/ Christine M Anderson _____

Kenneth A Anderson, Debtor 1        Christine M Anderson, Debtor 2

Date    **02/21/2021**             Date    **02/21/2021**

**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**

☑ No

☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes.  Name of person _____    Attach the  *Bankruptcy Petition Preparer's Notice, Declaration, and Signature*  (Official Form 119).

---

**Fill in this information to identify your case:**

| Debtor 1 | **Kenneth** | **A** | **Anderson** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | **Christine** | **M** | **Anderson** |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF IOWA**

Case number
(if known)  _____

☐ Check if this is an
amended filing

---

Official Form 108

## Statement of Intention for Individuals Filing Under Chapter 7          12/15

**If you are an individual filing under chapter 7, you must fill out this form if:**

- **creditors have claims secured by your property, or**

- **you have leased personal property and the lease has not expired.**

**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form.**

**If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).**

---

| Part 1: | List Your Creditors Who Hold Secured Claims |
|---|---|

1.   **For any creditors that you listed in Part 1 of** *Schedule D: Creditors Who Hold Claims Secured by Property* **(Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Bankers Healthcare Group, LLC**<br><br>Description of property securing debt: **Accounts Receivables, Inventory, Instruments, Equi** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☒ Retain the property and [explain]:<br>**Debtor will continue making payments to creditor without reaffirming.** | ☐ No<br>☐ Yes |
| Creditor's name: **BMO Harris Bank**<br><br>Description of property securing debt: **2015 Jeep Wrangler (approx. 67,000 miles)** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☒ Retain the property and [explain]:<br>**Debtor will continue making payments to creditor without reaffirming.** | ☐ No<br>☐ Yes |

---

Debtor 1    **Kenneth A Anderson**
Debtor 2    **Christine M Anderson**                                         Case number (if known) _____

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|

Creditor's name:    **Earlham Savings Bank**

Description of property securing debt:    **Real Estate with Building**

- [ ] Surrender the property.
- [ ] Retain the property and redeem it.
- [ ] Retain the property and enter into a *Reaffirmation Agreement.*
- [x] Retain the property and [explain]:
  **Debtor will continue making payments to creditor without reaffirming.**

- [ ] No
- [ ] Yes

---

Creditor's name:    **Earlham Savings Bank**

Description of property securing debt:    **Christine Anderson is the single shareholder in C.**

- [ ] Surrender the property.
- [ ] Retain the property and redeem it.
- [ ] Retain the property and enter into a *Reaffirmation Agreement.*
- [x] Retain the property and [explain]:
  **Debtor will continue making payments to creditor without reaffirming.**

- [ ] No
- [ ] Yes

---

Creditor's name:    **Earlham Savings Bank**

Description of property securing debt:    **Christine Anderson is the single shareholder in C.**

- [ ] Surrender the property.
- [ ] Retain the property and redeem it.
- [ ] Retain the property and enter into a *Reaffirmation Agreement.*
- [x] Retain the property and [explain]:
  **Debtor will continue making payments to creditor without reaffirming.**

- [ ] No
- [ ] Yes

---

Creditor's name:    **Earlham Savings Bank**

Description of property securing debt:    **Christine Anderson is the single shareholder in C.**

- [ ] Surrender the property.
- [ ] Retain the property and redeem it.
- [ ] Retain the property and enter into a *Reaffirmation Agreement.*
- [x] Retain the property and [explain]:
  **Debtor will continue making payments to creditor without reaffirming.**

- [ ] No
- [ ] Yes

---

Creditor's name:    **Mr. Cooper**

Description of property securing debt:    **Homestead at 2266 QM Ave., Madrid, IA 50156**

- [ ] Surrender the property.
- [ ] Retain the property and redeem it.
- [ ] Retain the property and enter into a *Reaffirmation Agreement.*
- [x] Retain the property and [explain]:
  **Debtor will continue making payments to creditor without reaffirming.**

- [ ] No
- [ ] Yes

---

Creditor's name:    **Suntrust**

Description of property securing debt:    **2013 Mustang (approx. 15,000 miles)**

- [ ] Surrender the property.
- [ ] Retain the property and redeem it.
- [ ] Retain the property and enter into a *Reaffirmation Agreement.*
- [x] Retain the property and [explain]:
  **Debtor will continue making payments to creditor without reaffirming.**

- [ ] No
- [ ] Yes

Debtor 1    **Kenneth A Anderson**
Debtor 2    **Christine M Anderson**

Case number (if known) _____

| **Part 2:** | **List Your Unexpired Personal Property Leases** |

For any unexpired personal property lease that you listed in *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G), fill in the information below.  Do not list real estate leases.  *Unexpired leases* are leases that are still in effect; the lease period has not yet ended.  You may assume an unexpired personal property lease if the trustee does not assume it.  11 U.S.C. § 365(p)(2).

Describe your unexpired personal property leases                                       **Will this lease be assumed?**

**None.**

| **Part 3:** | **Sign Below** |

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and personal property that is subject to an unexpired lease.

X **/s/ Kenneth A Anderson**                                  X **/s/ Christine M Anderson**
Kenneth A Anderson, Debtor 1                                   Christine M Anderson, Debtor 2

Date **02/21/2021**                                            Date **02/21/2021**
MM / DD / YYYY                                                 MM / DD / YYYY

B2030 (Form 2030) (12/15)

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF IOWA
## DES MOINES DIVISION

In re **Kenneth A Anderson**
**Christine M Anderson**

Case No. _____

Chapter   **7**_____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept................................................................... **$2,000.00**

Prior to the filing of this statement I have received........................................................ **$2,000.00**

Balance Due................................................................................................................... **$0.00**

2. The source of the compensation paid to me was:

☑ Debtor             ☐ Other (specify)

3. The source of compensation to be paid to me is:

☑ Debtor             ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

<div style="border:1px solid black; padding:1em;">

<div align="center">CERTIFICATION</div>

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| **02/21/2021** | **/s/ Judd N. Kruse** | |
| --- | --- | --- |
| *Date* | *Judd N. Kruse* | Bar No.  IS9998963 |
| | Kruse & Dakin, L.L.P. | |
| | 712 Arden Street | |
| | Boone, IA 50036 | |
| | Phone: (515) 432-6618 / Fax: (515) 432-6626 | |

</div>

**/s/ Kenneth A Anderson**

*Kenneth A Anderson*

**/s/ Christine M Anderson**

*Christine M Anderson*

Amex
Correspondence/Bankruptcy
PO Box 981540
El Paso, TX 79998


Bank of America
4909 Savarese Circle
FL1-908-01-50
Tampa, FL 33634


Bankers Healthcare Group, LLC
10234
W State Road 84
Fort Lauderdale, FL 33324


BMO Harris Bank
Attn: Bankruptcy
PO Box 2035
Milwaukee, WI 53201


Capital One
Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130


Chase Card Services
Attn: Bankruptcy
PO Box 15298
Wilmington, DE 19850


Citibank
Citicorp Credit Srvs/Centralized Bk dept
PO Box 790034
St Louis, MO 63179


Discover Financial
Attn: Bankruptcy
PO Box 3025
New Albany, OH 43054


Earlham Savings Bank
217 S. Main Street
Woodward, IA 50276

Gatestone
1000 N. West Street
Wilmington, DE 19801


Iowa Department of Revenue
PO Box 10471
Des Moines, IA 50306-0471


LightStream/Suntrust
Attn: Bankruptcy
655 West Broadway
San Diego, CA 92101


Mr. Cooper
Attn: Bankruptcy
8950 Cypress Waters Blvd
Coppell, TX 75019


Navient
Attn: Bankruptcy
PO Box 9640
Wilkes Barre, PA 18773


Radius Global Solutions
PO Box 390905
Minneapolis, MN 55439


State Farm Financial S
Attn: Bankruptcy
1 State Farm Plaza
Bloomington, IL 61710


Suntrust
Attn: Bankruptcy
Mail Code VA-RVW-6290 PO Box 85092
Richmond, VA 23286


Tara Z. Hall
DAVIS, BROWN, KOEHN, SHORS & ROBERTS
The Davis Brown Tower
215 10th Street, Ste 1300
Des Moines, IA 50309

USAA Federal Savings Bank
Attn: Bankruptcy
10750 McDermott Freeway
San Antonio, TX 78288